IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SORBIE ACQUISITION CO., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1926 |
| | ) | |
| TREVOR SORBIE INTERNATIONAL, PLC, | ) | Judge McVerry |
| TREVOR SORBIE, | ) | Magistrate Judge Hay |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

AND NOW, this 6<u>th</u> day of <u>December</u>, 2005, after the Petitioner, Sorbie Acquisition Company, filed an action in the above-captioned case, and after a Motion to Dismiss was submitted by respondents, Trevor Sorbie International, PLC and Trevor Sorbie, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that respondents' Motion to Dismiss [Documet No. 5] is DENIED.

BY THE COURT:

<u>s/ Terrence F. McVerry</u>
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

David J. Barton, Esquire
Email: djbarton@bentzlaw.com
James W. Bentz, Esquire
Email: jwbentz@bentzlaw.com

.

Edward T. Harvey, Esquire
Hergenroeder Rega & Sommer, LLC
Centre City Tower, Suite 1700
650 Smithfield Street
Pittsburgh, PA 15222

Dennis M. Sheedy, Esquire
Law Offices of Dennis M. Sheedy
1382 Old Freeport Road
Pittsburgh, PA 15238